## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 16 B 40585 |
| Deborah Cosgrove, | ) HON. Pamela S. Hollis |
| | ) CHAPTER 13 |
| DEBTOR. | ) |

## NOTICE OF MOTION

To:  Glenn Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532;

  See attached Service List.

  Please take notice that on March 22, 2019, at 10:45 a.m. I shall appear before the Honorable Judge Hollis at the Joliet City Hall, 150 W. Jefferson Street, 2nd Floor, Joliet, IL 60432, and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

  The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditors and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on March 14, 2019.

                                        */s/ Michael Spangler*
                                        Attorney for the Debtors

                                        The Semrad Law Firm, LLC
                                        20 S. Clark Street, Floor 28
                                        Chicago, IL 60603
                                        (312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-40585<br>Northern District of Illinois<br>Eastern Division<br>Thu Mar 14 12:54:30 CDT 2019 | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION<br>C/O Codilis & Associates, P.C.<br>15W030 North Frontage Rd.<br>Suite 100<br>Burr Ridge, IL 60527-6921 | JPMorgan Chase Bank, National Association<br>c/o Codilis & Associates, PC<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AMITA Health Adventist Medical Center<br>PO Box 9246<br>Oak Brook, IL 60522-9246 | ATG CREDIT<br>1700 W CORTLAND ST STE 2<br>CHICAGO Illinois 60622-1131 |
| CHOICE RECOVERY<br>POB 614-358-9900<br>COLUMBUS Ohio 43220 | Chase Bank<br>P.O. Box 659732<br>San Antonio TX 78265-9732 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON Delaware 19850-5316 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | ILLINOIS COLLECTION SE<br>8231 185TH ST STE 100<br>TINLEY PARK Illinois 60487-9356 | MBB<br>1550 N NORTWEST HWY STE 403<br>PARK RIDGE Illinois 60068-1463 |
| MERCHANTS CREDIT GUIDE<br>223 W JACKSON BLVD # 700<br>Chicago Illinois 60606-6914 | SETERU INC<br>14523 Sw Millikan Way Ste 200<br>Beaverton, OR 97005-2352 | U.S. Bank Trust, N.A., as Trustee for LSF9 M<br>c/o Manley, Deas & Kochalski, LLC<br>P.O. Box 165028<br>Columbus, Ohio 43216-5028 |
| Chris Pryor<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | Deborah Cosgrove<br>209 Far Hill Drive<br>Bolingbrook, IL 60440-2701 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank Trust, N.A., as Trustee for LSF9 | (d)JPMorgan Chase Bank, National Association<br>c/o Codilis & Associates PC<br>15W030 North Frontage Road<br>Suite 100<br>Burr Ridge, IL 60527-6921 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     2<br>Total                  21 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 16 B 40585 |
| Deborah Cosgrove, | ) | HON. Pamela S. Hollis |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## MOTION TO AUTHORIZE SALE OF PROPERTY

Deborah Cosgrove, Debtor, by and through Debtor's attorneys, The Semrad Law Firm, move this Honorable Court to enter an Order authorizing the Debtor to proceed in a sale of property. Debtor states the following:

1. On December 29, 2016, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. This Honorable Court confirmed Debtor's Chapter 13 Plan of reorganization on February 24, 2017.

3. Debtor entered into an agreement to sell the property located at 209 Far Hills Dr., Bolingbrook, IL 60440 in Will County to Edward Scapardine, Jr.

4. The contract sales price of the property is $171,500.00. Please see Exhibit A for the Contract.

5. Debtor respectfully request this Honorable Court enter an Order approving Debtor's sale of the property located at 209 Far Hills Dr., Bolingbrook, IL 60440 in Will County to Edward Scapardine, Jr.

  WHEREFORE, Deborah Cosgrove, Debtor, respectfully requests this Honorable Court to enter an Order approving the sale of the property located at 209 Far Hills Dr., Bolingbrook, IL 60440.

              Respectfully Submitted,

                */s/ Michael Spangler*
                Attorney for the Debtors

                The Semrad Law Firm, LLC
                20 S. Clark Street, 28th Floor
                Chicago, IL 60603
                (312) 913-0625