UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-40585 |
| Deborah Cosgrove | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | Joliet |
| Debtor(s) | ) | |

## ORDER AUTHORIZING SALE OF PROPERTY

Having read the motion, heard the arguments of counsel, and found that due notice has been provided, the court hereby orders as follows:

1. That Debtor is approved to proceed in the sale of the property located at 209 Far Hills Dr., Bolingbrook, IL 60440 for $171,500.00.
2. That any unexempt funds from the sale of the property will be turned over to the Trustee.
3. That all liens shall be paid in full from the sale of the property.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  March 22, 2019

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312.913.0625